## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN LEROY LEES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.: 1:17-cv-01902-LSC-HNJ |
| | ) | |
| WARDEN, FCI TALLADEGA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

On February 20, 2020, the magistrate judge entered a report recommending this 28 U.S.C. § 2241 petition for writ of habeas corpus be denied and advising Petitioner of his right to file objections within fourteen (14) days. (Doc. 10). On March 11, 2020, Petitioner filed a letter, which the court construes the letter as objections to the report and recommendation. (Doc. 13). Petitioner states that he lacks legal inexperience and lost the legal assistance of an in individual at his institution. (*Id.*). He requests the court consider the brief he previously filed and find that his case has merit. Petitioner points to no errors of law or fact in the report and recommendation.

After careful consideration of the entire record in this case, the magistrate judge's report, and the objections thereto, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that this 28 U.S.C. § 2241 habeas action is due to be **DENIED**.

**DONE** AND **ORDERED** ON MARCH 23, 2020.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704